Pages 1-8

```
                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                   SAN FRANCISCO DIVISION


UNITED STATES OF AMERICA,     )  Case No.  19-xr-90770-EDL-1
                              )
          Plaintiff,          )  San Francisco, California
                              )  Friday, August 23, 2019
     vs.                      )
                              )
STEVEN DONZIGER,              )
                              )
          Defendant.          )
_____)
```

TRANSCRIPT OF BOND HEARING
BEFORE THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:                 ALEXANDRA J. SHEPARD, ESQ.
                               U.S. Attorney's Office
                               450 Golden Gate Avenue, 11th Floor
                               San Francisco, California 94102
                               (415) 436-6767

For Defendant:                DAVID W. RIZK, ESQ.
                               Office of the Federal Public Defender
                               1301 Clay Street, Suite 1350N
                               Oakland, California 94612-5254
                               (510) 637-3500

Transcription Service:       Peggy Schuerger
                               Ad Hoc Reporting
                               2220 Otay Lakes Road
                               Suite 502-85
                               Chula Vista, California 91915
                               (619) 236-9325

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

```
 1      SAN FRANCISCO, CALIFORNIA  FRIDAY, AUGUST 23, 2019  1:42 P.M.
 2                              --oOo--
 3           THE CLERK:  Calling Case 19-xr-90770, USA v. Donziger.
 4           MS. SHEPARD:  Alexandra Shepard for the United States
 5  with the U.S. Attorney's Office for the Northern District of
 6  California, Your Honor.
 7           MR. RIZK:  Good afternoon, Your Honor.  David Rizk on
 8  behalf of Mr. Twist, the surety in this matter.
 9           MR. TWIST:  I'm Basil Twist.
10           THE COURT:  And this is a bond in U.S. v. Donziger?
11           MR. RIZK:  Correct.
12           THE COURT:  And what is your relationship to Mr.
13  Donziger?
14           MR. TWIST:  He's just a personal friend.  Known him for
15  20 years.
16           THE COURT:  Okay.  All right.  And maybe you can
17  summarize -- this is the first time I'm seeing the documents so,
18  unfortunately, I didn't see them beforehand, so to explain what
19  they are.  It looks like it's posting security, but go ahead.
20           MS. SHEPARD:  That's right, Your Honor.  And this is
21  also the first time I've seen it as well.  But my understanding is
22  that the -- Mr. Twist is posting a -- is co-signing a personal
23  appearance bond on behalf of Steven Donziger who's been charged
24  under an order to show cause with criminal contempt in violation
25  of 18 U.S. Code 4013(n)(2) (ph).  So this is a case out of the
```

1  Southern District of New York.
2         THE COURT:  Okay.  And what are the maximum potential
3  penalties for this contempt?
4         MS. SHEPARD:  Per the statute, Your Honor, there are
5  actually no maximum penalties per se.  At the Court's discretion,
6  the Court can impose a fine or imprisonment for violations of this
7  statute.
8         THE COURT:  All right.  And I understand he's not being
9  asked to post anything, but he would be signing a bond -- and is
10 it the amount of $800,000?
11        MS. SHEPARD:  That's correct, Your Honor.
12        THE COURT:  Okay.  So what that means is you -- although
13 you don't have to put up any cash or property, if the Defendant
14 fails to obey all the conditions of release, then the Government
15 can seek to recover up to that amount from you, for example, by
16 garnishing bank accounts or any other lawful means.
17     And there are conditions here -- not violate any laws --
18 federal, state, or local; cooperate in the collection of DNA
19 sample, if authorized; advise the Court or Pretrial Services
20 before making any change in his place of residence or telephone
21 number; and appear in court as required.  And, if convicted,
22 surrender and serve any sentence the Court imposed.
23     So do you understand what that entails for you potentially?
24        MR. TWIST:  Yes.
25        THE COURT:  All right.

1            MR. TWIST:  I do.
2            MS. SHEPARD:  Your Honor, may I interrupt for one
3  second?
4            THE COURT:  Yes.
5            MS. SHEPARD:  I believe it's possible that Mr. Twist may
6  actually be the owner of the property that's --
7            MR. TWIST:  Yes.
8            MS. SHEPARD:  -- being proposed for the bond.
9            THE COURT:  Okay.  Well, see, I -- this is really --
10           MR. TWIST:  My understanding is that I'm putting up my
11 residence.
12           THE COURT:  Okay.  Well, all right.
13           MR. TWIST:  And there would be a lien against it for
14 that.
15           THE COURT:  That's really an important difference and
16 I'm glad you understand it.  Where is that?  I mean, I wish I'd
17 gotten the paperwork ahead of time, which I didn't.  It doesn't
18 say.  Okay.  Well, it's very unclear to me.
19      So, yes, the property.  So I take it -- what property is
20 that?
21           MR. TWIST:  It's my residence.
22           THE COURT:  Okay.  And that has -- you estimate that
23 that has at least $800,000 in terms of mortgage-free value?
24           MR. TWIST:  Yes.
25           THE COURT:  All right. And so you can help him -- he's

5

1 got to put the documents somehow.
2          MS. SHEPARD:  Precisely.
3          THE COURT:  So the way we do it is we take the title
4 documents and so on, give them to the Clerk of the Court.
5          MR. RIZK:  My office will help him with that.
6          THE COURT:  All right.
7          MR. RIZK:  If we can set a schedule to give us some time
8 to accomplish that.
9          THE COURT:  Yeah.  I don't know -- do we have -- did the
10 Court want any particular schedule?
11          MS. SHEPARD:  Well, Your Honor, it looks like the
12 Defendant has until today to get a co-signer on his bond.
13          THE COURT:  Well, he can sign it but as far as today,
14 that's fine, but his actual posting of the documents for his
15 property to be "posted" is --
16          MR. RIZK:  It takes some time --
17          THE COURT:  Yeah.  I don't know --
18          MR. RIZK:  -- and it typically takes us up to around two
19 weeks to -- to post --
20          THE COURT:  I think that's pretty normal.
21          MR. RIZK:  -- a lien with the Clerk's Office.  That's
22 right.
23          THE COURT:  So --
24          MR. RIZK:  But we can sign the paperwork today.
25          THE COURT:  All right. Well, that's fine.  And if the

1  New York court has any further things to say about that, that's
2  their issue 'cause I didn't get told.  So -- all right.
3      So I'm not -- so -- and I should just again tell you that
4  it's a voluntary act to serve as a surety.  If you change your
5  mind, you can come back to court just like this, probably another
6  judge, but in open court and say you don't want to do it anymore
7  and the court will relieve you of it.
8      But unless and until you do that, those are the possible
9  risks for you if he fails to comply.
10         MR. TWIST:  Yeah.  If I were to sign it and I'd do it,
11  obviously the incentive --
12         THE COURT:  He might get his release revoked or maybe
13  he'd find somebody else but, yes, it could --
14         MR. TWIST:  Yeah.
15         THE COURT:  -- it could certainly result in him not
16  being free --
17         MR. TWIST:  Right.
18         THE COURT:  -- in any case.  But if you decided that you
19  didn't trust him anymore or for some other reason you needed the
20  property, you can come back to the Court.
21         MR. TWIST:  That's a process that I would -- since I
22  have your card and --
23         MR. RIZK:  Yes.  You can contact me if you want -- if
24  you want to get out from under the bond and ultimately you'll need
25  your property released whenever the bond is resolved.

7

1        THE COURT:  Right.
2        MR. TWIST:  Yes.
3        THE COURT:  And that's something that's again -- if all
4 these charges get resolved, then at some point that gets released,
5 but that's -- we're getting ahead of ourselves here.
6        MR. RIZK:  Yes.
7        THE COURT:  All right.  Go ahead and sign.
8        MR. RIZK:  You can sign right there and date it.
9        MR. TWIST:  Here?
10       MR. RIZK:  Yep.  It's the 23rd.  Tender that to the
11 Court.
12       THE COURT:  All right. Okay.  Very good.  Thank you.
13       MS. SHEPARD:  Thank you, Your Honor.
14       MR. RIZK:  Okay.  Thank you, Your Honor.
15       MR. TWIST:  Thank you, Your Honor.
16       THE COURT:  You're welcome.
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //

1      (Proceedings adjourned at 1:48 p.m.)

2

3      I, Peggy Schuerger, certify that the foregoing is a

4 correct transcript from the official electronic sound recording

5 provided to me of the proceedings in the above-entitled matter.

6

7  _____        August 29, 2019
   Signature of Approved Transcriber      Date

8
   Peggy Schuerger
9  Typed or Printed Name
   **Ad Hoc Reporting**
10 Approved Transcription Provider
   for the U.S. District Court,
11 Northern District of California